UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIDONTAE QUIONE FARMER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEN CLARK, et.al.,<br><br>　　　　　Defendants. | Case No.: 1:20-cv-00866-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER, FAILURE TO PROSECUTE, AND FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF<br><br>(ECF No. 6) |

　　　　Plaintiff Didontae Quione Farmer is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On July 20, 2020, the Court screened Plaintiff's complaint, found no cognizable claims, and granted Plaintiff leave to file an amended complaint within thirty days. (ECF No. 6.) However, Plaintiff has not filed an amended complaint or otherwise communicated with the Court, and the time in which to do so has passed.

　　　　Accordingly, it is HEREBY ORDERED that, within **fourteen (14) days** from the date of service of this order, Plaintiff shall show cause in writing why the instant action should not be dismissed for Plaintiff's failure to comply with the Court's July 20, 2020 order, failure to prosecute, and failure to state a claim for relief. Plaintiff can comply with this order to show cause by filing an amended complaint in compliance with the Court's July 20, 2020 screening order. <u>Plaintiff is warned</u>

1  that failure to comply with this order will result in a recommendation to a District Judge that the
2  instant action be dismissed, with prejudice, for failure to prosecute, failure to obey a court order, and
3  failure to state a cognizable claim for relief.
4
5  IT IS SO ORDERED.
6  Dated:   **September 1, 2020**
7                                                                            UNITED STATES MAGISTRATE JUDGE