UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIDONTAE QUIONE FARMER,<br><br>           Plaintiff,<br><br>      v.<br><br>KEN CLARK, et.al.,<br><br>           Defendants. | No.: 1:20-cv-00866-NONE-SAB (PC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN PART, AND DISMISSING ACTION FOR FAILURE TO PROSECUTE AND FAILUR TO OBEY A COURT ORDER</u><br><br>(Doc. No. 9) |

Plaintiff Didontae Quione Farmer is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 20, 2020, the assigned magistrate judge screened plaintiff's complaint; found it stated no cognizable claims; provided plaintiff with the legal standards that applied to his claims, advising him of the deficiencies that needed to be corrected; and granted him leave to file an amended complaint within thirty days.  (Doc. No. 6.) Plaintiff did not file an amended complaint or otherwise respond to the July 20, 2020 screening order.  Therefore, on September 1, 2020, the assigned magistrate judge directed plaintiff to show cause within fourteen days why the action should not be dismissed.  (Doc. No. 7.)  Plaintiff did not respond to that order.

On September 28, 2020, the magistrate judge issued findings and recommendations recommending that this action be dismissed for failure to state a cognizable claim for relief, failure to comply with a court order, and failure to prosecute. (Doc. No. 9.) The findings and recommendations were served on plaintiff and contained notice that objections were to be filed within fourteen days. (*Id.* at 12.) No objections were filed and the time to do so has expired.

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis with respect to dismissal for failure to prosecute and failure to obey multiple court orders. Therefore the court finds it is unnecessary to address whether it is appropriate to dismiss on the additional ground of failure to state a claim.

Accordingly, the court hereby ORDERS that:

1. The findings and recommendations (Doc. No. 9), issued on September 28, 2020, are ADOPTED in part; and
2. The instant action is dismissed for failure to comply with a court order, and failure to prosecute.

IT IS SO ORDERED.

Dated:   **October 23, 2020**                    _____
                                                  UNITED STATES DISTRICT JUDGE

2